## DISCIPLINARY DOCKET

. **94–2254.** Cincinnati Bar Assn. v. Sullivan. On motion for order directing board to provide findings of fact and conclusions of law. Motion denied.